IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


TIMOTHY NAKIA BOYD, JR.,

     Appellant,

 v.                          Case No. 5D21-2671
                                LT Case Nos. 05-2019-CF-038359-A-X
                                           05-2020-CF-019598-A-X

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed April 8, 2022

Appeal from the Circuit Court
for Brevard County,
Samuel Bookhardt, Judge.

Matthew J. Metz, Public Defender, and Edward
J. Weiss, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Pamela J. Koller, Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

AFFIRMED.  *See Leonard v. State*, 760 So. 2d 114, 119 (Fla. 2000) (requiring summary affirmance when appeal does not present legally dispositive issue expressly reserved for appellate review).

EVANDER, EISNAUGLE and TRAVER, JJ., concur.